# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SYDNEY WARNER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WARTBURG COLLEGE,<br><br>    Defendant. | Case No.: 6:21-cv-02029-CJW-MAR<br><br><br><br>**PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conferenceresolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?
   ☐**yes** ☐**no**

2. Deadline for motions to add parties: **September 1, 2021**

3. Deadline for motions to amend pleadings: **September 1, 2021**

4. Expert witnesses disclosed by:

   a) Plaintiff: **February 1, 2022**

   b) Defendant: **March 15, 2022**

   c) Plaintiff Rebuttal: **April 15, 2022**

5. Plaintiff shall file class certification motion and expert reports by:

   **Plaintiff's Proposal: February 15, 2022**

   **Defendant's Proposal: April 15, 2022**

6. Defendant shall respond to class certification and expert reports by:

   **Plaintiff's Proposal: March 15, 2022**

   **Defendant's Proposal: June 15, 2022**

7.  Plaintiff shall file reply brief and rebuttal expert reports by:

    **Plaintiff's Proposal:  April 15, 2022**

    **Defendant's Proposal:  July 15, 2022**

8.  Deadline for completion of discovery:

    **Plaintiff's Proposal:  May 15, 2022**

    **Defendant's Proposal:  August 15, 2022**

9.  Dispositive motions deadline:

    **Plaintiff's Proposal:  June 15, 2022**

    **Defendant's Proposal:  September 15, 2022**

10. Trial Ready Date:

    **Plaintiff's Proposal:  December 15, 2022**

    **Defendant's Proposal:  March 15, 2023**

11. Has a jury demand been filed?   ☐**yes**   ☐**no**

12. Estimated length of trial: **7** days

13. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)? ☐ **yes** ☐**no**

14. Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83? ☐**yes** ☐**no**

Dated: June 23, 2021							Respectfully submitted,

                                      */s/ Brandon M. Bohlman*
                                      **J. Barton Goplerud, AT0002983**
                                      **Brian O. Marty, AT0011622**
                                      **Brandon M. Bohlman, AT0011668**
SHINDLER, ANDERSON, GOPLERUD &
WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Telephone:	(515) 223-4567
Facsimile:	(515) 223-8887
Email:		goplerud@sagwlaw.com
		marty@sagwlaw.com
		bohlman@sagwlaw.com

*Local Counsel for Plaintiff and the Putative Class*

**HEDIN HALL LLP**
Frank S. Hedin*
David W. Hall*
1395 Brickell Avenue, Ste 1140
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
E-mail: fhedin@hedinhall.com
        dhall@hedinhall.com

*\*Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiff and the Putative Class*

Mark L. Zaiger
Shuttleworth & Ingersoll, P.L.C.
115 3rd Street SE, Suite 500
Cedar Rapids, IA 52401
Phone: (319) 731-2213
mlz@shuttleworthlaw.com

*Local Counsel for Defendant*

Monica H. Khetarpal
Julia S. Wolf
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illlinois 60601
Tel.: 312.787.4949

Monica.Khetarpal@jacksonlewis.com
Julia.Wolf@jacksonlewis.com

Eric Magnus
Jackson Lewis P.C.
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
(404) 525-8200
Eric.Magnus@jacksonlewis.com

*Counsel for Defendant*