# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| SYDNEY WARNER, | No. 21-cv-2029-CJW |
| Plaintiff, | **ORDER** |
| vs. | |
| WARTBURG COLLEGE, | |
| Defendant. | |

_____

Before the Court is the parties' Joint Notice Regarding Election of Private Mediation, filed on June 24, 2022. (Doc. 44.) The Notice indicates the parties have elected to pursue mediation with a private mediator; therefore, the Settlement Conference scheduled for June 29, 2022 is cancelled and the parties need not submit any settlement position materials to the Court.

**IT IS SO ORDERED** this 27th day of June, 2022.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa