# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| SYDNEY WARNER, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 6:21-cv-02029-CJW-MAR |
| v. ) ) | |
| WARTBURG COLLEGE, ) ) ) | |
| Defendant. ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Sydney Warner and Defendant Wartburg College hereby jointly provide notice to the Court that this matter settled in principle at mediation with the Honorable James F. Holderman, Ret. of JAMS on June 30, 2022. The parties will work expeditiously to finalize the settlement and dismiss this action under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ J. Barton Goplerud*_____
**J. Barton Goplerud, AT0002983**
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: Goplerud@sagwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ J. Barton Goplerud_____

1