# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| **SYDNEY WARNER**, individually and on behalf of herself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**WARTBURG COLLEGE**<br><br>    **Defendant.** | Case No.: 6:21-cv-02029-CFW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Sydney Warner, individually, and Defendant Wartburg College (collectively "the Parties") hereby stipulate to the dismissal on an individual basis of all pending claims between the Parties with prejudice, with each side to bear its own costs and fees.

Dated: August 3, 2022                                                    Respectfully Submitted,

| | |
|---|---|
| /s/ *Brian O. Marty*<br>J. Barton Goplerud, AT0002983<br>Brian O. Marty, AT0011622<br>Shindler, Anderson, Goplerud &Weese P.C.<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265<br>Phone: 515-223-4567<br>goplerud@sagwlaw.com<br>marty@sagwlaw.com<br><br>*Counsel for Plaintiff* | *s/ Monica H. Khetarpal*<br>Monica H. Khetarpal<br>Julia S. Wolf<br>Jackson Lewis P.C.<br>150 North Michigan Ave, Suite 2500<br>Chicago, IL 60601<br>Tel: 312.787.4949<br>Monica.Khetarpal@jacksonlewis.com<br>Julia.Wolf@jacksonlewis.com<br><br>*Counsel for Defendant* |